IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | | |
|---|---|---|
| HANCOCK BANK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No. 1:09-cv-773 LG-JMR |
| | * | |
| STERLING BEACH BILOXI, LLC, | * | |
| THE STERLING COMPANIES, LLC, | * | |
| JOHN A. MCNEIL, JR., JOHN G. | * | |
| MCNEIL, and DAVAGE J. RUNNELLS, | * | |
| JR., | * | |
| | * | |
| Defendants. | * | |

## CONSENT JUDGMENT

THE COURT, having been advised that all parties to this action consent to the entry of this judgment as satisfaction of all claims and defenses brought herein, hereby enters judgment in favor of plaintiff Hancock Bank and against all defendants, jointly and severally, in the amount of **$1,750,000.00**.

**DONE** and **ORDERED** this **23rd** day of **August, 2010**.

_____
United States Magistrate ~~Judge~~

APPROVED:

Hancock Bank

By: _William O. Drury_
Its: _Vice President_

{MB005078.1}

Sterling Beach Biloxi, LLC

By: _____

Its: PARTNER


The Sterling Companies, LLC

By: _____

Its: _____


John A. McNeil, Jr.

_____


John G. McNeil, a/ka/ J. Garrett McNeil

_____


Davage J. Runnells, Jr.

_____

Sterling Beach Biloxi, LLC

By: _____

Its: _____


The Sterling Companies, LLC

By: _____

Its: _____


John A. McNeil, Jr.

*/s/ JcJ*
_____


John G. McNeil, a/k/a/ J. Garrett McNeil

_____


Davage J. Runnells, Jr.

_____

Sterling Beach Biloxi, LLC

By: _____

Its: _____


The Sterling Companies, LLC

By: _____

Its: _____


John A. McNeil, Jr.

_____


John G. McNeil, a/ka/ J. Garrett McNeil

_____


Davage J. Runnells, Jr.

_____

Sterling Beach Biloxi, LLC

By: _____

Its: _____


The Sterling Companies, LLC

By: _____

Its: _____


John A. McNeil, Jr.

_____


John G. McNeil, a/k/a/ J. Garrett McNeil

_____


Davage J. Runnells, Jr.

*/s/ Davage J. Runnells, Jr.*